IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David N Chick, *et al.*, | No. CV-25-08150-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jack Rose, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs' Motion to Extend Page Limitations and Time to File Response to Defendants' Motions to Dismiss (Unopposed, First Request) (Doc. 30). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Extend Page Limitations and Time to File Response to Defendants' Motions to Dismiss (Unopposed, First Request) (Doc. 30).

**IT IS FURTHER ORDERED** extending the deadline for Plaintiffs to respond to Defendants' motions to dismiss (Docs. 25, 28) to **October 13, 2025**, and Plaintiffs may file a brief not to exceed 25 pages in length.

Dated this 29th day of September, 2025.

Honorable John J. Tuchi
United States District Judge